IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH DRUMM, | : | Case No. 4:15-CV-0854 |
| RONALD MCELWEE, | : | |
| CAROL BECK, | : | |
| LISA DELBAUGH, | : | |
| | : | Judge Brann |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| TRIANGLE TECH, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

# ORDER

November 18, 2016

In accordance with the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss is granted in part and dismissed in part. ECF No. 20.

2. The individual defendants, Timothy McMahon, Catherine Waxter, Lisa Capuzzi, and Deborah Hepburn are DISMISSED from the action pursuant to Plaintiffs' Amended Complaint. The Clerk is directed to terminate these Defendants from the docket sheet.

3. The motion to dismiss is GRANTED in its entirety as to Plaintiffs Delbaugh and Beck.  The Clerk is likewise directed to terminate these Plaintiffs on the docket.

4. Count Three, termination in violation of public policy is DISMISSED.

5. The action remains, therefore as to Counts I and II as to Plaintiffs Drumm and McElwee and Count IV as to Plaintiff McElwee.


BY THE COURT:


/s Matthew W. Brann
Matthew W. Brann
United States District Judge